# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bessy Ceren Cordova, | No. CV-25-04264-PHX-GMS (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| David Rivas, et al., | |
| Respondents. | |

In the Court's December 10, 2025 Order, the Court granted Petitioner's Petition for Writ of Habeas Corpus under § 2241 in part and directed Respondents to provide Petitioner with a bond redetermination hearing (Doc. 12). The Court held the remaining claims in abeyance, which challenged Petitioner's alleged arrest and redetention without notice. Because Petitioner was ordered released on bond (Doc. 19, Ex. A), the Court will dismiss the remaining claims and this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's remaining claims and this action are dismissed as moot. The Clerk of Court must enter judgment in Petitioner's favor and terminate this action.

Dated this 6th day of January, 2026.

_____
G. Murray Snow
Senior United States District Judge